UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FARMERS INSURANCE
COMPANY, INC.                                                                                         PLAINTIFF

v.                                          No. 2:20-CV-02153

ARCHIE HUTCHENS, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date IT IS SO ORDERED AND ADJUDGED that there is no coverage under Farmers Insurance Company, Inc.'s policy #94068-89-22 for any bodily injury, property damage, or personal injury sustained by any party, including any defendant, arising out of the November 15, 2018 incident.

IT IS FURTHER ORDERED that Farmers Insurance Company, Inc. does not have a duty to provide a coverage defense and/or indemnity to any party and/or any suit filed against them to date or which may be field against them in the future, nor any duty to pay any settlement reached and/or judgment obtained in favor of any party against them arising out of the incident.

IT IS SO ADJUDGED this 29th day of April, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE